U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 3 1 2012

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
<u>FORT SMITH DIVISION</u>

HOUSE OF WEBSTER, INC.                                         PLAINTIFF

vs.                    12-2171

YRC. INC., d/b/a YRC FREIGHT                                   DEFENDANTS

## COMPLAINT

COMES NOW the Plaintiff, House of Webster, Inc., by and through its attorneys, Kutak Rock LLP, and for its Complaint against the Defendant, YRC, Inc. d/b/a YRC Freight, does state and allege as follows:

### PARTIES

1. The Plaintiff, House of Webster, Inc. ("House of Webster"), is an Oklahoma Corporation with its principal place of business in Muskogee County, Oklahoma.

2. House of Webster designs and creates a variety of specialty food products, which are sold to distributors and shipped for resale by commercial carriers across the country.

3. YRC Inc. d/b/a YRC Freight ("YRC") is a Delaware Corporation with its principal place of business in Overland Park, Johnson County, Kansas. YRC is a motor carrier that transports industrial, commercial, and retail goods across North America.

4. This Complaint alleges a cause of action pursuant to the Carmack Amendment and the amount in controversy exceeds $10,000, therefore, jurisdiction is proper pursuant to 28 U.S.C. § 1337 and 49 U.S.C. § 14706(d).

5. The facts that form the basis of this Complaint took place in Johnson County, Arkansas, therefore, venue is proper in the Western District of Arkansas pursuant to 28 U.S.C. § 1391(b)(2).

## FACTS

6. On April 16, 2012, House of Webster entered into a contract with FMS Distributing, Inc. ("FMS"), a whole-sale distributor of grocery products, for the sale and delivery of $16,791.00 worth of proprietary formula barbecue sauce.

7. House of Webster subsequently entered into an agreement with YRC to transport the barbeque sauce to its intended destination in Memphis, Tennessee. A bill of lading was issued and YRC took possession of the fourteen pallets, 23,201 lbs. of barbeque sauce, all of which was in good, uncontaminated, and undamaged condition with containers intact (hereafter "barbeque sauce").

8. On April 18, 2012, a driver acting within the scope of his employment with YRC, was operating a tractor-trailer loaded with the barbeque sauce traveling from Rogers, Arkansas to Memphis, Tennessee.

9. While traveling eastbound on Interstate 40 in Johnson County, Arkansas, the YRC driver negligently lost control of his vehicle causing the tractor trailer to overturn (hereafter "the incident"). Pictures of the incident show product thrown to the

ground, the trailer lying on its side, with the entire roof of the trailer separated as a result of the impact.

10. As a result of the incident, the entire contents of the truck spilled across Interstate 40, shutting down nearly six miles of the highway.

11. Following the incident, YRC gathered a portion of the barbeque sauce from the scene of the incident and, on its own initiative, attempted to deliver the "reclaimed" sauce to FMS. FMS refused to take delivery of the reclaimed sauce for fear of contaminates, bacteria, fracture, as well as exposure to pilferage and/or tampering. The product was deemed unsalvageable as the integrity of its packaging had been compromised and the circumstances surrounding its transport.

12. House of Webster filed a written notice of claim with YRC pursuant to 49 C.F.R. § 370.3(a), seeking the full value of the shipment involved in the accident (Claim No. 25-891454).

13. On May 12, 2012, House of Webster was notified of YRC's intent to resell the reclaimed barbeque sauce. In response, House of Webster demanded YRC return the damaged goods to House of Webster's possession, to ensure that the product was destroyed and not placed in commerce so as to protect the good will and reputation of both FMS and House of Webster.

14. YRC has refused to reimburse House of Webster for the full amount of damage, claiming that a portion of the original shipment was still salvageable.

## CAUSE OF ACTION

15. Plaintiff incorporates the allegations contained in paragraphs 1-18.

16. YRC is a motor carrier as defined by 49 U.S.C. § 13102(14), and is, therefore, liable for any damage caused to the property during the transport.

17. YRC took possession of fourteen pallets, 23,201 lbs. worth of barbeque sauce and as a result of the negligent acts of its driver, rendered the entire amount unusable.

18. The liability imposed by 49 U.S.C. § 14706 is the difference between market value of the property in the condition in which it should have arrived, less the market value in the condition it did arrive. The incident caused by YRC's driver rendered the entire 23,201 lb. shipment unusable. House of Webster is unable to resell the reclaimed sauce because it is a proprietary formula belonging to FMS, and the integrity of the product has been compromised.

19. Although a shipper has a duty to take reasonable steps to reduce the amount of its loss, that duty does not extend to the selling of damaged goods that survived an incident and has been exposed to the contaminates, bacteria, fracture, as well as exposure to pilferage and/or tampering. Further, the Carmack Amendment's duty to mitigate does not require a shipper to resell a proprietary product owned by its customers and, as a result, tarnish its own reputation in the industry.

20. Pursuant to the Carmack Amendment, and 49 U.S.C. § 14706, YRC is liable for the difference in the value of the goods from the time they received possession to the time they relinquished possession. Here, that amount equals $16,791.00, the full value of the barbeque sauce involved in the April 18, 2012 accident.

21. Plaintiff demands that all issues of fact in this case be tried to a jury.

4

WHEREFORE, House of Webster, Inc., prays for judgment against the Defendants, YRC, Inc. d/b/a YRC Freight, in the amount of $16,791.00, its attorney's fees and costs, pre and post judgment interest, and any other relief to which it may be entitled.

Dated this 30th day of July, 2012.

Respectfully submitted,

KUTAK ROCK LLP

By: /s/Jeff Fletcher
Jeff Fletcher   AR 2005129
The Brewer Building, Suite 400
234 East Millsap Road
Fayetteville, AR  72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
Jeff.Fletcher@kutakrock.com

*Attorneys for House of Webster, Inc.*
